| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br><br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Susan Smith, Debtor | Order Filed on April 10, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Susan Smith,<br><br>                      Debtor | Case No.: 22-17799<br>Chapter: 13<br>Judge: VFP |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: April 10, 2023**

_/s/ Vincent F. Papalia_
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEE**
Page 2

The applicant having certified that legal work necessary to and to the benefit of the Chapter 13 case and estate and which is contemplated as the "no-look" fee under DNJ LBR 2016-5(b), and no objections having been raised it is:

ORDERED that _____Scott J Goldstein_____ the applicant, is allowed a fee of $ __4750.00__ for services rendered and expenses in the amount of $ __500.00__ for a total of $ __5250.00 with $2000 having been paid prepetition__ The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority in the amount of $3250.00.

☐ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $~~ __50.00__ ~~per month for~~ ~~2~~ ~~months to allow for payment of the above fee.~~

*rev. 8/1/15*

2.