UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

LAW OFFICES OF WENARSKY & GOLDSTEIN, LLC
410 Route 10 West, Ste 214
Ledgewood, NJ 07852
Tel: 973-927-5100
Fax: 973-927-5252
scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

Order Filed on August 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    Susan Smith,
                   Debtor

Case No. 22-17799

Chapter: 13

Hearing Date: _____

Judge: Vincent F. Papalia

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The relief set forth on the following numbered pages, numbered two (2) through two (2), is **ORDERED.**

**DATED: August 20, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**THIS MATTER**, having been opened to the Court on the motion of Scott J. Goldstein and Law Offices of Wenarsky & Goldstein, LLC (as successor to the Law Offices of Scott J. Goldstein), on a motion to withdraw as counsel, and the Court having considered the motion and no opposition having been filed, and due notice having been given, and for good cause shown;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion is hereby granted as follows.

2. Scott J. Goldstein, Esq. and the Law Offices of Wenarsky & Goldstein, LLC are hereby relieved as counsel for the Debtor.

3. All proceedings in this matter are hereby stayed for 30 days to allow the Debtor to obtain substitute counsel. If new counsel is not obtained durign that period, this case shall proceed with Debtor acting pro se, i.e., representing herself.